UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BENEDICT W. TALBOT, JR.,

    Plaintiff,

v.                                                                                  Case No.  5:11-cv-178-Oc-TBS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____

ORDER

Pending before the Court is Plaintiff's Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act. (Doc. 31).  Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), Plaintiff requests an award of fees in the amount of $3,055.28.  Plaintiff does not seek costs.   The Affidavit of Attorney's Time for N. Albert Bacharach, Jr. confirms the attorney hours. (Doc. 31-2).  In his Defendant's Response to Plaintiff's Motion for Attorney's Fees the Commissioner states that he has no objection to payment of $3,055.28.  (Doc. 32).  Plaintiff was the prevailing party in this litigation and his net worth at the time this proceeding was filed was less than two million dollars.[1]  (Doc. 31).  On March 15, 2012, the Court entered an Order reversing and remanding this cause back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and the Clerk entered Judgment on March 16, 2012. (Doc. 15 and 16).  Plaintiff filed his application for

---

[1] Under the EAJA, a claimant is eligible for an attorney fee award where:  (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust.  28 U.S.C. § 2412(d).

attorney's fees on June 6, 2012.  (Doc. 31).  Plaintiff has not attached a copy of his fee agreement and it is unknown whether Plaintiff assigned his EAJA fees to his counsel. (Doc. 31).  Accordingly, payment should be made payable to Plaintiff and delivered to Plaintiff unless Plaintiff owes a federal debt.  If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will pay fees directly to Plaintiff.

Pursuant to the provisions of the Equal Access to Justice Act (28 U.S.C. §2412(d)), Plaintiff's uncontested petition for attorney's fees (Doc. 31) is hereby **GRANTED**.  Plaintiff is awarded attorney's fees in the amount of **$3,055.28** and nothing for costs, to be paid out of the judgment fund.  Payment is authorized to Plaintiff if the Commissioner determines Plaintiff does not owe a debt to the government.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida on June 11, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all counsel